1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | CASE NO. 2:21-CR-00152-KJM
12 |                      Plaintiff,       | STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF ELECTRONIC SIGNATURE
13 |             v.                        |
14 | JORGE VARGAS-BUSTOS,                  |
15 |                      Defendant.       |

16

17                          **STIPULATION**

18      Plaintiff United States of America (the "government"), by and through its attorney of record, and
19 defendant Jorge Vargas-Bustos, both individually and by and through his counsel of record, hereby
20 stipulate as follows:
21      1.   The defendant has consulted with his counsel regarding the plea agreement offer
22 extended to him by the government.
23      2.   Obtaining an actual signature on the plea agreement from the defendant, who is detained
24 at the Sacramento County Main Jail, would be both impracticable and imprudent in light of safety
25 measures in place there to combat the COVID-19 public health pandemic.
26 ///
27 ///
28 ///

3. Pursuant to General Order 616, the defendant consents to his counsel signing the plea agreement on the defendant's behalf using an electronic signature, and requests the Court to find that the conditions required by General Order 616 have been met in this case.

IT IS SO STIPULATED.

Dated:  September 16, 2021                         PHILLIP A. TALBERT
                                                                         Acting United States Attorney


                                                                         /s/ SAM STEFANKI
                                                                         SAM STEFANKI
                                                                         Assistant United States Attorney


Dated:  September 16, 2021                         /s/ HOOTAN BAIGMOHAMMADI
                                                                         HOOTAN BAIGMOHAMMADI
                                                                         Counsel for Defendant
                                                                         JORGE VARGAS-BUSTOS


### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of September 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE